UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
ANA CHALAS, Individually, and On Behalf : Case No.: 1:22-cv-04196-LGS
of All Others Similarly Situated,                              :
                                                               :
                              Plaintiff,                       :
    vs.                                                        : **NOTICE OF VOLUNTARY DISMISSAL**
                                                               :
RUSSELL STOVER CHOCOLATES, LLC,                                :
                                                               :
                              Defendant.                       :
---------------------------------------------------------------x

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Ana Chalas hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant Russell Stover Chocolates, LLC.

DATED: September 6, 2022          **MIZRAHI KROUB LLP**

                                  ____/s/ Edward Y. Kroub____
                                          EDWARD Y. KROUB

                                  EDWARD Y. KROUB
                                  JARRETT S. CHARO
                                  WILLIAM J. DOWNES
                                  200 Vesey Street, 24th Floor
                                  New York, NY 10281
                                  Telephone: 212/595-6200
                                  212/595-9700 (fax)
                                  ekroub@mizrahikroub.com
                                  jcharo@mizrahikroub.com
                                  wdownes@mizrahikroub.com

                                  *Attorneys for Plaintiff*